UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JAMES NUTTER,

    Plaintiff,

v.

PATRICIA WININGER,

    Defendants.

CASE NO.:

## NOTICE OF REMOVAL

The above-named Defendant, PATRICIA WININGER, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, for her petition for removal of an action instituted by the above-named Plaintiff against her as Defendant, shows unto the Court:

1. Plaintiff is a citizen and resident of Washington County, Tennessee, residing at 114 Warriors Lane, Johnson City, Tennessee (Complaint, ¶1).

2. Defendant is a citizen and resident of Gate City, Scott County, Virginia. Plaintiff's address is 9082 Upper Possum Creek Road, Gate City, Virginia 24251 (Complaint, ¶2).

3. State Farm Mutual Automobile Insurance Company ("State Farm") is a foreign corporation with its home office and principal place of business in Bloomington, Illinois. State Farm is the uninsured motorist carrier and was served with process on or about July 27, 2017. State Farm consents to the removal of this matter. (See, Complaint and attached Summons).

4. The citizenship of the respective parties was the same as alleged herein at the time of the commencement of this action in the Law Court for Sullivan County at Kingsport, Tennessee and on the date of the filing of this Notice of Removal.

5. On July 10, 2017, Plaintiff instituted an action against Defendant in the Law Court for Sullivan County at Kingsport, Tennessee, by filing in said Court a Summons for said Defendant and, as an initial pleading, a Complaint setting forth that Plaintiff is entitled to recover certain damages from Defendant as a result of a motor vehicle accident that occurred on Fort Henry Drive, Kingsport, Sullivan County, Tennessee on or about October 19, 2016.

6. The Summons issuing from the Clerk's office of the Law Court for Sullivan County at Kingsport, Tennessee was served, pursuant to statutes, upon Defendant, Patricia Wininger, on July 24, 2017.

7. Less than thirty (30) days have transpired since process was served upon Defendant, to and including the date of the filing of this Notice of Removal.

8. Defendant files with the Notice of Removal, marked for identification as Collective Exhibit "1", an exact and complete copy of the Summons and Complaint, which are all the processes, pleadings, and orders filed in this action issuing from the Clerk's Office of the Law Court for Sullivan County at Kingsport, Tennessee.

9. The Complaint seeks damages in the amount of $150,000. Thus, the matter in controversy in said action herein referred to exceeds the sum of $75,000, exclusive of interest and costs.

WHEREFORE, Defendant prays this Court accept this Notice of Removal, and proceed with this action in accordance with law.

2
Case 2:17-cv-00143-PLR-MCLC   Document 1   Filed 08/22/17   Page 2 of 4   PageID #: 2

PATRICIA WININGER

By _____
Leslie T. Ridings
BPR No. 019621
HUNTER, SMITH & DAVIS, LLP
Attorneys for Defendant
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8828
*Attorney for Defendant*

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

By _____
Leslie T. Ridings
BPR No. 019621
HUNTER, SMITH & DAVIS, LLP
Attorneys for Defendant
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8828
*Attorney for State Farm Mutual Automobile Insurance Company*

STATE OF TENNESSEE
COUNTY OF SULLIVAN

Leslie T. Ridings, being first duly sworn according to law, says that she is a member of the firm of Hunter, Smith & Davis, LLP, attorneys at law, and that she is one of the attorneys for the Defendant, and that the allegations of the foregoing Notice of Removal are true.

_____
Leslie T. Ridings

SWORN TO and SUBSCRIBED before me this 22nd day of August, 2017.

_____
Notary Public

My Commission Expires:

2/27/19

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Removal* has been served by United States Mail, postage prepaid, to the office of counsel of record, on this the 22nd day of August, 2017, as follows:

Robert Bates, Esq.
Law Offices of Tony Seaton, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601

HUNTER, SMITH & DAVIS, LLP

_____
Leslie T. Ridings