UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JAMES NUTTER, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 2:17-CV-143 |
| | ) REEVES/CORKER |
| PATRICIA WININGER, | ) |
| *Defendant*. | ) |

### ORDER

Per the parties' stipulation [D. 19], the entirety of this case is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties state that all matters in this litigation have been compromised and settled privately.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

1